1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| JEFFERY RAY GOLDEN, | Case No.: 1:12-cv-00573-SKO |
| Plaintiff, | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | (Doc. 3) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

9
10
11
12
13
14
15
16

17      Plaintiff Jeffery Ray Golden filed a complaint on April 12, 2012, along with an application

18  to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates

19  entitlement to proceed without prepayment of fees.

20      Accordingly, IT IS HEREBY ORDERED THAT:

21      1.      Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22      2.      The Clerk of Court is DIRECTED to issue a summons; and

23      3.      The United States marshal is DIRECTED to serve a copy of the complaint, summons,

24              and this order upon the defendant as directed by the plaintiff.

25  IT IS SO ORDERED.

26  **Dated:      April 13, 2012                          /s/ Sheila K. Oberto          **
                                              UNITED STATES MAGISTRATE JUDGE

27
28