# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY RAY GOLDEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:12-cv-00573-SKO<br><br>**ORDER RE COMPLIANCE WITH SCHEDULING ORDER** |

On April 13, 2012, the Court issued a Scheduling Order requiring that, within 30 days after service of the administrative record, Plaintiff was to serve on Defendant a letter brief outlining the reasons why he contends that a remand is warranted. (Doc. 6-1, ¶ 3.) Although the letter brief was not to be filed with the Court, the Scheduling Order requires that "[a] separate proof of service reflecting that the letter brief was served on [Defendant] shall be filed with the court." (Doc. 6-1, ¶ 3.)

1         On May 11, 2012, the Court issued a minute order expressly notifying the parties that the Scheduling Order required counsel to file a separate proof of service with the Court reflecting the date that a party's confidential letter brief was served on the opposing party. (Doc. 11.)

        The administrative record was lodged and filed on August 22, 2012, and an acknowledgment of receipt was filed on August 23, 2012. Pursuant to the Scheduling Order, Plaintiff was required to serve a confidential letter brief on Defendant within 30 days after service of the administrative record – i.e., September 21, 2012. The Federal Rules of Civil Procedure also provide that a party is entitled to an additional three (3) days to act when service of a document triggering a response deadline is made either by mail or by electronic means. Fed. R. Civ. P. 5(b)(2)(C), (E); 6(d). Thus, Plaintiff was required to serve a confidential letter brief on Defendant no later than September 24, 2012. Plaintiff has failed to file a proof of service indicating when the confidential letter brief was served.

        Accordingly, IT IS HEREBY ORDERED that:

   1.   **Within two (2) days from the date of this order,** Plaintiff shall **either** file a proof of service indicating when service of the confidential letter brief was completed; **or**

   2.   **Within two (2) days from the date of this order**, Plaintiff shall file a statement regarding the status of service of the confidential letter brief and how any failure to **timely** serve the confidential letter brief has affected the parties' schedule in this matter.

IT IS SO ORDERED.

**Dated:   October 18, 2012**                /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE

2