BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8934
    Facsimile:  (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JEFFREY RAY GOLDEN, ) | Case No. 1:12-cv-00573-SKO |
| ) | |
| Plaintiff, ) | |
| v. ) | **STIPULATION FOR EXTENSION OF** |
| ) | **TIME AND ORDER THEREON** |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including January 16, 2013.  The response is currently due December 17, 2012.  This extension is being sought because of workload issues, including the unavoidable transfer of assignments and a high volume of other disability matters in federal district court.

    The parties also stipulate that the scheduling order shall be modified accordingly.

//

1 – Stipulation and Order Extending Def's Time

                                          Respectfully submitted,

Dated: December 11, 2012        */s/ Marc V. Kalagian*
                                        MARC V. KALAGIAN
                                        (as authorized via telephone)
                                        Attorney for Plaintiff

Dated: December 11, 2012        BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                              By:    */s/ Shea Lita Bond*
                                        SHEA LITA BOND
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

IT IS SO ORDERED.

    Dated:   **December 12, 2012**                **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE