# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY RAY GOLDEN., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security <br><br> Defendant. <br> _____/ | **Case No. 1:12-cv-00573-SKO** <br><br> **ORDER GRANTING THE PARTIES' STIPULATION FOR AN AWARD AND PAYMENT OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** <br><br> (Doc. 25) |

On June 14, 2013, the parties filed a stipulation that Plaintiff be awarded attorney's fees in the amount of $3,100.00 pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. 25.)

Pursuant to all the terms of the parties' stipulation, IT IS HEREBY ORDERED that Plaintiff is awarded $3,100.00 in attorney's fees pursuant to the EAJA.

IT IS SO ORDERED.

Dated:   **June 19, 2013**                    /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28